**SO ORDERED.**



Dated: April 26, 2010

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

1  **PERRY & SHAPIRO, L.L.P.**
   3300 N. Central Avenue, #2200
2  Phoenix, Arizona 85012
   (602) 222-5711
3  (602) 222-5701 Facsimile
   (847) 627-8802 Facsimile
4  AZNotices@logs.com, e-mail
   Christopher R. Perry, Bar #009801
5  Jason P. Sherman, Bar #019999
   Attorney for Chase Home Finance LLC
6  [FILE 09-014870 CHE]

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| In re: | Case # 2:09-bk-13724-RTB |
|---|---|
| DAVID E. SNELSON, | Chapter 7 Proceedings |
| Debtor. | |
| Chase Home Finance LLC, its assignees and / or successors in interest, | **ORDER LIFTING THE AUTOMATIC STAY** |
| Movant, | Re: Real Property located at 8816 West Greer Avenue Peoria, AZ 85345 |
| v. | |
| DAVID E. SNELSON, Debtor, and Chapter 7 Trustee Constanio Flores, | |
| Respondents. | |

The court finds that a Motion for Relief From the Automatic Stay and a Notice of Filing of the Motion have been filed with the Court and served upon interested parties in the above captioned matter by Chase Home Finance LLC, ("CHASE"), and that good cause exists to grant the Motion for Relief;

**THEREFORE, IT IS ORDERED:**

1. CHASE, its assignees or successors-in-interest, is hereby granted relief from all stays against lien enforcement including

the automatic stay imposed under 11 U.S.C. § 362 and the automatic injunction of 11 U.S.C. § 524(a) with reference to the real property generally described as 8816 West Greer Avenue, Peoria, AZ 85345 and legally described as:

> LOT 110, OF CRYSTAL COVE, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 370 OF MAPS, PAGE 47.

2. CHASE may begin or continue foreclosure proceedings following applicable law and / or enforce any contract or state law remedies it has against said real property.

3. Should Debtor fail to vacate the Property following foreclosure, CHASE may pursue any legal remedies in state court to remove the Debtor from the Property.

4. Unless and until otherwise ordered, the Automatic Stay imposed against CHASE shall remain lifted under this and any other chapter of the Bankruptcy Code to which this case may convert.

DATED: _____

_____
U. S. Bankruptcy Court Judge